**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>Master File No. 1:11-md-2262-NRB<br>ECF Case |
| THIS DOCUMENT RELATES TO: | |
| CHARLES SCHWAB BANK, N.A., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, ET AL.<br><br>Defendants. | **ORAL ARGUMENT REQUESTED** |
| SCHWAB MONEY MARKET FUND, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, ET AL.,<br><br>Defendants. | |
| SCHWAB SHORT-TERM BOND MARKET FUND, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, ET AL.,<br><br>Defendants. | |

MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL.,

Plaintiffs,

v.

CREDIT SUISSE GROUP AG, ET AL.,

Defendants.

---

METZLER INVESTMENT GMBH, ET AL.,

Plaintiffs,

v.

CREDIT SUISSE GROUP AG, ET AL.,

Defendants.

---

GELBOIM, ET AL.,

Plaintiffs,

v.

CREDIT SUISSE GROUP AG, ET AL.,

Defendants.

**BARCLAYS BANK PLC'S**
**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Barclays Bank PLC's Motion to Dismiss, dated June 29, 2012, Barclays Bank PLC will move this Court, before the Honorable Naomi Reice Buchwald, at a time to be determined by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing all of Plaintiffs' claims in the above-captioned actions.

Dated: New York, New York
      June 29, 2012

David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000

*Attorneys for Defendant*
*Barclays Bank PLC*