# HAUSFELD

MEMO ENDORSED
MEMO ENDORSED
MEMO ENDORSED

HILARY K SCHERRER  1700 K Street, NW
Suite 650
Washington, DC 20006

202-540-7200 Main
202-540-7201 Fax
hscherrer@gmail.com

April 21, 2016

VIA ECF AND HAND DELIVERY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/21/2016
```

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 21A
New York, NY 10007-1312

Re:   *In re Libor-Based Financial Instruments Antitrust Litigation,*
      MDL No. 11-md-2262 (NRB)

**MEMO ENDORSED**

Dear Judge Buchwald:

We write on behalf of the OTC Plaintiffs to request an extension of time to file a reply brief in support their Motion for Preliminary Approval of Settlement with Barclays Bank plc ("OTC Plaintiffs' Motion") (ECF No. 1336). On April 11, 2016, 33-35 Green Pond Road Associates, LLC and Courtyard at Amwell II, LLC (collectively, the "Green Pond Plaintiffs") filed an opposition to OTC Plaintiffs' Motion. *See* ECF No. 1368. OTC Plaintiffs' reply brief is currently due on April 25, 2016. OTC Plaintiffs request a two-week extension, to May 9, 2016, to file their reply. The Court previously granted OTC Plaintiffs' request for a one-week extension. *See* ECF 1379. OTC Plaintiffs have conferred with the Green Pond Plaintiffs, and they consent to the requested extension.

*[Handwritten endorsement: Application granted. [signature] Buchwald, USDJ 4/21/16]*

Respectfully submitted,

*/s/ Hilary K. Scherrer*

Hilary K. Scherrer
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Tel: 202-540-7200
hscherrer@hausfeld.com

*Counsel for the OTC Plaintiffs*