IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al., <br><br> Plaintiffs, <br> v. <br><br> CREDIT SUISSE AG, et al., <br><br> Defendants. | No. 11-cv-5450 (NRB) |

**OTC PLAINTIFFS' MOTION FOR AN ORDER APPROVING NOTICE PROGRAM AND PRELIMINARY APPROVAL OF PLAN OF DISTRIBUTION IN CONNECTION WITH THE CLASS SETTLEMENT WITH BARCLAYS BANK PLC**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, OTC Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order: (i) granting approval of Notice Program to Class Members in connection with the settlement ("Barclays Settlement" or "Settlement") reached between OTC Plaintiffs and defendant Barclays Bank, plc ("Barclays") in the above-captioned action; and (ii) preliminarily approving a Plan of Distribution of the settlement funds.

Submitted herewith in support of OTC Plaintiffs' motion are: (i) the Memorandum of Law in Support of OTC Plaintiffs' Motion for an Order Approving Notice Program and

1

Preliminary Approval of Plan of Distribution in Connection with the Class Settlement with Barclays Bank plc; (ii) the Declaration of Shannon Wheatman, Ph.D., and Exhibits 1–5 thereto; (iii) the Declaration of Seth Ard, and Exhibit 1 thereto; and (iv) the [Proposed] Order Approving OTC Plaintiffs' Notice Program and Preliminary Approval of Plan of Distribution.

Dated: May 25, 2017

| By: /s/ Michael D. Hausfeld | /s/ William Christopher Carmody |
|---|---|
| Michael D. Hausfeld<br>Hilary Scherrer<br>Nathaniel C. Giddings<br>HAUSFELD LLP<br>1700 St. NW, Suite 650<br>Washington, D.C. 20006<br>Telephone: (202) 540-7200<br>Facsimile: (202) 540-7201<br>mhausfeld@hausfeldllp.com<br>hscherrer@hausfeldllp.com<br>ngiddings@hausfeldllp.com<br><br>Gary I. Smith<br>HAUSFELD LLP<br>325 Chestnut Street<br>Suite 900<br>Philadelphia, PA 19106<br>267-702-2318 Direct<br>215-985-3270 Main<br>215-985-3271 Fax<br>gsmith@hausfeld.com | William Christopher Carmody (WC8478)<br>Arun Subramanian (AS2096)<br>Seth Ard (SA1817)<br>Geng Chen (GC2733)<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Fl.<br>New York, New York 10019<br>Telephone: 212-336-3330<br>Facsimile: 212-336-8340<br>bcarmody@susmangodfrey.com<br>asubramanian@susmangodfrey.com<br>sard@susmangodfrey.com<br>gchen@susmangodfrey.com<br><br>Marc M. Seltzer<br>Glenn C. Bridgman<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars<br>Los Angeles, California 90067-6029<br>Telephone: (310) 789-3100<br>mseltzer@susmangodfrey.com<br>gbridgman@susmangodfrey.com<br><br>Matthew Berry<br>Drew D. Hansen<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883<br>mberry@susmangodfrey.com |

dhansen@susmangodfrey.com

Barry C. Barnett (BB1984)
Karen Oshman
Michael Kelso
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
bbarnett@susmangodfrey.com
koshman@susmangodfrey.com
mkelso@susmangodfrey.com

*Interim Co-Lead Class Counsel for the OTC Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2017, I caused the aforementioned document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matters.

Dated: May 25, 2017, at New York, New York.

                                                                         /s/*Seth Ard*  
                                                                         Seth Ard