IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, et al., Plaintiffs, v. CREDIT SUISSE AG, et al., Defendants. | No. 11-cv-5450 (NRB) |

**OTC PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH HSBC BANK PLC**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, OTC Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order: (i) granting preliminary approval of the proposed settlement ("Settlement") reached between OTC Plaintiffs and defendant HSBC Bank plc, in the above-captioned action; (ii) certifying the proposed Settlement Class; (iii) appointing Hausfeld

LLP and Susman Godfrey L.L.P. as Settlement Class Counsel; and (iv) approving OTC Plaintiffs' choice of a Settlement Administrator, Claims Administrator, and Escrow Agent.

Submitted herewith in support of OTC Plaintiffs' Motion for Preliminary Approval of Settlement with HSBC Bank plc are: (i) the Memorandum of Law in Support of OTC Plaintiffs' Motion for Preliminary Approval of Settlement with HSBC Bank plc; (ii) the Declaration of Hilary K. Scherrer in Support of OTC Plaintiffs' Motion for Preliminary Approval of Settlement with HSBC Bank plc and the exhibits thereto; and (iii) the [Proposed] Order Preliminarily Approving Settlement.

Dated: March 29, 2018

By: */s/ Michael D. Hausfeld*

Michael D. Hausfeld
Hilary Scherrer
Nathaniel C. Giddings
HAUSFELD LLP
1700 St. NW, Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
mhausfeld@hausfeldllp.com
hscherrer@hausfeldllp.com
ngiddings@hausfeldllp.com

Scott A. Martin
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1195
Facsimile: (212) 202-5322
smartin@hausfeld.com

Gary I. Smith
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106

*/s/ William Christopher Carmody*

William Christopher Carmody (WC8478)
Arun Subramanian (AS2096)
Seth Ard (SA1817)
Geng Chen (GC2733)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-3330
Facsimile: (212) 336-8340
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
sard@susmangodfrey.com
gchen@susmangodfrey.com

Marc M. Seltzer
Glenn C. Bridgman
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
gbridgman@susmangodfrey.com

Matthew Berry

2

Telephone: (267) 702-2318  
Facsimile: (215) 985-3271  
gsmith@hausfeld.com

Drew D. Hansen  
SUSMAN GODFREY LLP  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101  
Telephone: (206) 516-3880  
Facsimile: (206) 516-3883  
mberry@susmangodfrey.com  
dhansen@susmangodfrey.com

Barry C. Barnett (BB1984)  
Karen Oshman  
Michael Kelso  
SUSMAN GODFREY L.L.P.  
1000 Louisiana Street, Suite 5100  
Houston, TX 77002-5096  
Telephone: (713) 651-9366  
bbarnett@susmangodfrey.com  
koshman@susmangodfrey.com  
mkelso@susmangodfrey.com

*Interim Co-Lead Class Counsel for the OTC Plaintiffs*