# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Civ. No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| 33-35 GREEN POND ROAD ASSOC., LLC, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br> Defendants. | Civ. No. 12-cv-5822 (NRB) |
| COURTYARD AT AMWELL II, LLC, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br> Defendants. | Civ. No. 12-cv-6693 (NRB) |

## NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH HSBC BANK PLC AND FOR APPOINTMENT OF SETTLEMENT CLASS COUNSEL

Plaintiffs hereby move this Court for entry of an Order for Preliminary Approval of

Settlement With HSBC Bank PLC and For Appointment of Settlement Class Counsel. For the

reasons stated in Plaintiffs' Memorandum in Support of Preliminary Approval of Settlement With

HSBC Bank PLC and For Appointment of Settlement Class Counsel, this motion should be approved.

Dated:  July 27, 2018

Respectfully submitted,

**LITE DEPALMA GREENBERG LLC**

*/s/ Steven J. Greenfogel*
Joseph J. DePalma
Steven J. Greenfogel
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 877-3810
jdepalma@litedepalma.com

*Counsel for plaintiff 33-35 Green Pond Road Associates, LLC and the proposed class*

Jason A Zweig
**HAGENS BERMAN SOBOL SHAPIRO LLP**
555 Fifth Avenue, Suite 1700
New York, NY 10017
Tel: (708) 628-4958
jasonz@hbsslaw.com

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Ave., Suite 3300
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com

*Counsel for plaintiffs Courtyard at Amwell II, LLC, Greenwich Commons II, LLC, Jill Court Associates II, LLC, Maidencreek Ventures II LP, Raritan Commons, LLC, and Lawrence W. Gardner and the proposed class*

William H. London
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, Illinois 60015
Tel: (224) 632-4504
blondon@fklmlaw.com

745587.1

Vincent J. Esades
**HEINS MILLS & OLSON, P.L.C.**
310 Clifton Avenue
Minneapolis, Minnesota 55403
Tel: (612) 338-4605
vesades@heinsmills.com

*Counsel for plaintiff 33-35 Green Pond Road Associates, LLC*
*and the proposed class*

745587.1