UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.                           11 MD 2262 (NRB)

This Document Applies to:

33-35 Green Pond Associates, LLC                12 Civ. 5822 (NRB)
    v. Bank of America Corp.

Courtyard at Amwell II, LLC,                    12 Civ. 6693 (NRB)
    v. Bank of America Corp.

-------------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Plaintiffs shall furnish <u>forthwith</u> courtesy copies of the documents relating to their motion for preliminary approval of their settlement with HSBC (ECF Nos. 2646, 2647, and 2648), as required by Rule 2.C of this Court's Individual Rules of Practice.

**SO ORDERED.**

Dated:   New York, New York
         August 6, 2018

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/06/2018

1