# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| METZLER INVESTMENT GmbH, et al., | No. 11 Civ. 2613 |
| Plaintiffs, | |
| v. | |
| CREDIT SUISSE GROUP AG, et al. | |
| Defendants. | |

## EXCHANGE-BASED PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF THE REVISED PLAN OF DISTRIBUTION

## TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, Exchange-Based Plaintiffs[1] will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order preliminarily approving the Revised Plan of Distribution of the Settlement funds.[2]

---

[1] "Exchange-Based Plaintiffs" are Metzler Asset Management GmbH (f/k/a Metzler Investment GmbH), FTC Futures Fund SICAV, FTC Futures Fund PCC Ltd., Atlantic Trading USA, LLC, 303030 Trading LLC, Gary Francis, and Nathaniel Haynes.

[2] The term "Settlements" refers to the Exchange-Based Plaintiffs' Settlements with Defendants Bank of America Corporation and Bank of America, N.A. (collectively, "Bank of America"), Barclays Bank plc ("Barclays"), Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc. (collectively, "Citi"); Deutsche Bank AG, Deutsche Bank

Submitted herewith in support of Exchange-Based Plaintiffs' motion are: (i) the Memorandum of Law in Support of Motion for Preliminary Approval of the Revised Plan of Distribution; (ii) the Supplemental Declaration of Gary S. Jacobson; and (iii) the [Proposed] Order Preliminarily Approving the Revised Plan of Distribution.

Dated: August 12, 2019

**LOVELL STEWART HALEBIAN JACOBSON LLP**

By: */s/ Christopher Lovell*
Christopher Lovell
Gary S. Jacobson
Jody R. Krisiloff
500 Fifth Avenue, Suite 2440
New York, NY 10006
Telephone: (212) 608-1900
clovell@lshllp.com
gsjacobson@lshllp.com
jkrisiloff@lshllp.com

**KIRBY McINERNEY LLP**

David E. Kovel
Karen Lerner
Thomas W. Elrod
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
dkovel@kmllp.com
klerner@kmllp.com
telrod@kmllp.com

*Interim Co-Lead Class Counsel*
*for the Exchange-Based Plaintiffs*

---

Securities Inc., and DB Group Services (UK) Limited (collectively, "Deutsche Bank"), HSBC Bank plc ("HSBC"), and JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan").