UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Civ. No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| 33-35 GREEN POND ROAD ASSOC., LLC, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br> Defendants. | Civ. No. 12-cv-5822 (NRB) |
| COURTYARD AT AMWELL II, LLC, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br> Defendants. | Civ. No. 12-cv-6693 (NRB) |

NON-DEFENDANT OTC PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF SETTLEMENTS WITH BARCLAYS PLC, BARCLAYS BANK PLC,
BARCLAYS CAPITAL INC., HSBC BANK PLC, JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A., BANK OF AMERICA
CORPORATION, BANK OF AMERICA, N.A., AND CITIBANK, N.A.

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that, on October 5, 2020, at 11:00 a.m., at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in Courtroom 21A,[1] the Non-Defendant OTC Plaintiffs will, and hereby do, move the Court, for an Order: (i) granting final approval of Non-Defendant OTC Plaintiffs' settlements with Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., HSBC Bank plc, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Bank of America Corporation, Bank of America, N.A., and Citibank, N.A.; (ii) certifying the Settlement Classes; (iii) appointing Lite DePalma Greenberg, LLC and Hagens Berman Sobol Shapiro LLP as Class Counsel for the Settlement Classes, (iv) finding that notice provided to members of the Settlement Classes satisfied Federal Rules of Civil Procedure 23(c)(2)(B) and 23(e)(1), due process, and any other applicable law; and (v) approving the Plan of Allocation.

Submitted herewith in support is the Memorandum in Support of Non-Defendant OTC Plaintiffs' Motion for Final Approval of Settlements with Barclays plc, Barclays Bank plc, Barclays Capital Inc., HSBC Bank plc, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Bank of America Corporation, Bank of America, Bank of America, N.A., and Citibank, N.A. and the July 20, 2020 Joint Declaration of Jason A. Zweig and Steven J. Greenfogel.

**LITE DEPALMA GREENBERG LLC**

Dated: July 20, 2020

*/s/ Joseph J. DePalma*
Joseph J. DePalma
Steven J. Greenfogel
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
jdepalma@litedepalma.com
sgreenfogel@litedepalma.com

---

[1] Pursuant to paragraph 2 of the April 30, 2020 preliminary approval order (ECF No. 3079), if the hearing date, time or format of the hearing needs to be changed for any reason, a notice will be placed in the docket.

- 1 -

835382.2

**FREED KANNER LONDON & MILLEN LLC**
William H. London
2201 Waukegan Road, Suite 130
Bannockburn, Illinois 60015
Tel: (224) 632-4504
blondon@fklmlaw.com

**HEINS MILLS & OLSON, P.L.C.**
Vincent J. Esades
310 Clifton Avenue
Minneapolis, Minnesota 55403
Tel: (612) 338-4605
vesades@heinsmills.com

*Counsel for plaintiff 33-35 Green Pond Road Associates, LLC and the Non-Defendant OTC Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Jason A Zweig
555 Fifth Avenue, Suite 1700
New York, New York 10017
Tel: (708) 628-4958
jasonz@hbsslaw.com

*Counsel for plaintiffs Courtyard at Amwell II, LLC, Greenwich Commons II, LLC, Jill Court Associates II, LLC, Maidencreek Ventures II LP, Raritan Commons, LLC, and Lawrence W. Gardner and the Non-Defendant OTC Class*