| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL<br><br>INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB<br><br>ECF Case |
| THE BERKSHIRE BANK and<br>GOVERNMENT BANK FOR PUERTO<br>RICO Individually and On Behalf of All<br>Others Similarly Situated,<br><br>                   Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et<br>al.,<br><br>                   Defendants. | Civil Action No.  12-CV-5723-NRB |

**LENDER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY**
**APPROVAL OF SETTLEMENT WITH DEUTSCHE BANK AG**

**TO:  ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

     **PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at

the United States District Court for the Southern District of New York, Daniel Patrick Moynihan

Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable

Naomi Reice Buchwald, Lender Plaintiffs will, and hereby do, move the Court, pursuant to

Federal Rule of Civil Procedure 23(e), for an Order: (i) granting preliminary approval of the

proposed settlement ("Settlement") reached between Lender Plaintiffs and defendants Deutsche

Bank AG ("Deutsche Bank" or "Settling Defendant") in the above-captioned action; (ii) conditionally certifying the Lender Settlement Class; (iii) appointing Settlement Class Counsel; (iv) approving Lender Plaintiffs' choice of a Claims Administrator and Escrow Agent; and (v) approving the notice program and preliminarily approving the Plan of Distribution.

Submitted herewith in support of Lender Plaintiffs' Motion for Preliminary Approval of Settlement with Deutsche Bank are: (i) the Memorandum of Law in Support of Lender Plaintiffs' Motion for Preliminary Approval of Settlement with Deutsche Bank; (ii) the Declaration of Jeremy A. Lieberman in Support of Lender Plaintiffs' Motion for Preliminary Approval of Settlement with Deutsche Bank and exhibits thereto; (iii) the Plan of Distribution; (iv) the Declaration of Jennifer M. Keough in Support of the Notice Program and exhibits thereto; and (v) the [Proposed] Order Preliminarily Approving the Settlement, Conditionally Certifying the Lender Settlement Class, Appointing Settlement Class Counsel, Approving Notice Program and Preliminarily Approving Plan of Distribution.

Dated: October 15, 2020
New York, New York

POMERANTZ LLP
*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Michael J. Wernke
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
          mjwernke@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com


*Interim Lead Counsel for the Lender Class*