N.Y.S.D. Case #
11-md-2262(NRB)
12-cv-5723(NRB)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of December, two thousand twenty-one.

Before:   Gerard E. Lynch,
          Joseph F. Bianco,
          Steven J. Menashi,
                *Circuit Judges*.

_____

The Berkshire Bank, individually and on behalf of all others similarly situated, Government Development Bank for Puerto Rico,

    Plaintiffs-Appellants,

v.

Lloyds Banking Group plc, Royal Bank of Scotland Group PLC, The Norinchukin Bank, WestLB AG, Bank of Tokyo- Mitsubishi UFJ Ltd, Royal Bank of Canada, WestDeutsche ImmobilienBank AG., British Bankers' Association, BBA Enterprises, Ltd., BBA Libor, Ltd., Lloyds Bank PLC, FKA Lloyds TSB Bank PLC, Cooperatieve Rabobank U.A., Credit Suisse Group AG, HBOS PLC,

    Defendants-Appellees.
_____

**ORDER**

Docket No. 20-1987

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 02 2021

Appellants move for (1) partial severance of their appeal with respect to only Appellee Credit Suisse Group AG ("Credit Suisse"), (2) a stay of the severed portion of the appeal, and (3) a limited remand of the severed portion to the district court to consider preliminary and final approval of a proposed class action settlement between Appellants and Appellee Credit Suisse.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court


A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/02/2021