UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB<br><br>ECF Case |
| THE BERKSHIRE BANK and GOVERNMENT DEVELOMENT BANK FOR PUERTO RICO Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>      Defendants. | Civil Action No. 12-CV-5723-NRB |

**LENDER PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENTS WITH CREDIT SUISSE GROUP AG ("CREDIT SUISSE") AND THE <u>BANK OF TOKYO-MITSUBISHI UFJ, LTD., N/K/A MUFG BANK, LTD. ("MUFG")</u>**

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

**PLEASE TAKE NOTICE**, that on July 13, 2022 at 2:30 PM, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, Lender Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order: (a) granting final approval to the Settlements with Credit Suisse Group AG ("Credit Suisse") and The Bank of Tokyo-Mitsubishi UFJ, Ltd., N/K/A MUFG Bank, Ltd. ("MUFG"); (b) certifying the Settlement Class; (c) granting final approval to the plan of distribution; (d) appointing Pomerantz LLP as Counsel for the Settlement Class; (e) granting final approval to the class notice, and for such other and further relief as the Court deems appropriate.

Submitted herewith in support of Lender Plaintiffs' Motion for Final Approval of Settlements with Credit Suisse and MUFG are: (i) the Memorandum of Law in Support of Lender Plaintiffs' Motion for Final Approval of Settlements with Credit Suisse and MUFG; (ii) the Declaration of Jeremy Lieberman A. Lieberman in Support of Lender Plaintiffs' Motion for Final Approval of Settlements with Credit Suisse and MUFG; (iii) the Declaration of Jennifer M. Keough in Support of Lender Plaintiffs' Motion for Final Approval of Settlements.[1]

Dated: June 8, 2022
New York, New York

                                **POMERANTZ LLP**
                                */s/ Jeremy A. Lieberman*

---

[1] Lender Plaintiffs will submit a Proposed Order after the opt-out (June 22, 2022) and objection deadline (June 22, 2022) and in advance of the Fairness Hearing (July 13, 2022).

<pre>                Jeremy A. Lieberman
                Michael J. Wernke
                Veronica V. Montenegro
                600 Third Avenue, 20th Floor
                New York, New York 10016
                Telephone: (212) 661-1100
                Facsimile: (212) 661-8665
                Email: jalieberman@pomlaw.com
                       mjwernke@pomlaw.com
                       vmontenegro@pomlaw.com


                **POMERANTZ LLP**
                Patrick V. Dahlstrom
                10 South La Salle Street, Suite 3505
                Chicago, Illinois 60603
                Telephone: (312) 377-1181
                Facsimile: (312) 377-1184
                Email: pdahlstrom@pomlaw.com


                *Counsel for Plaintiffs The Berkshire*
                *Bank and The Government*
                *Development Bank of Puerto Rico*</pre>

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2022, I caused the foregoing, along with the accompanying memorandum and declarations in support, to be electronically filed with the Clerk of the Court using CM/ECF system, which will automatically send email notification of such filing to the attorneys of record registered in the CM/ECF system.

Dated: June 8, 2022

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman